UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| **LISA MURPHY**<br>**ADC #760343** | | **PLAINTIFF** |
| v. | Case No. 3:21-cv-00005-KGB-JTR | |
| **ROBERT OMELIA, Sergeant,**<br>**McPherson Unit,** *et al.* | | **DEFENDANTS** |

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court therefore grants plaintiff Lisa Murphy's motion to dismiss this case without prejudice and dismisses her complaint without prejudice (Dkt. Nos. 1, 6).

It is so ordered this 28th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge