UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY**  **PLAINTIFF**
ADC #760343

v.                              Case No. 3:21-cv-00005-KGB-JTR

**ROBERT OMELIA, Sergeant,**
**McPherson Unit,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

So adjudged this 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge